**K&L GATES LLP**
  630 Hansen Way
  Palo Alto, California  94304
  Telephone: 650.798.6700
  Facsimile: 650.798.6701
Britt L. Anderson (SBN 212092)
*britt.anderson@klgates.com*
Clayton R. LaPoint (SBN 304522)
*clay.lapoint@klgates.com*

**K&L GATES LLP**
  10100 Santa Monica Blvd., 8th Flr.
  Los Angeles, California  90067
  Telephone: 310.552.5000
  Facsimile: 310.552.5001
Seth A. Gold (SBN 163220)
*seth.gold@klgates.com*

Attorneys for Plaintiff
EC Design, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EC DESIGN, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MICHAELS STORES, INC. and CRAFT SMITH LLC,<br><br>Defendants. | Case No.<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

**COMPLAINT**

## COMPLAINT

Plaintiff, EC Design, LLC ("EC Design") files this complaint against defendants, Michaels Stores, Inc. ("Michaels") and Craft Smith LLC ("Craft Smith") (collectively, the "Defendants"), and demanding a trial by jury, alleges as follows:

### NATURE OF THE ACTION AND SUBJECT MATTER JURISDICTION

1.       This is an action for copyright infringement arising under 17 U.S.C. § 101 *et seq.*, for trade dress infringement arising under 15 U.S.C. § 1125(a), unfair competition under Section 17200 of the California Business & Professions Code, and common law unfair competition under California law.   Accordingly, the Court has subject matter jurisdiction pursuant to 18 U.S.C. §§ 1331 and 1338 for the claims stated under federal statutes, and has subject matter jurisdiction over the California state law and common law claims pursuant to 28 U.S.C. § 1367(a), because these claims are part of the same case or controversy as the federal claims alleged herein. As set forth more particularly in this complaint, EC Designs' claims are based on Defendants' engaging in the unlawful and purposeful use and exploitation of EC Design's unique copyrighted works and trade dress in connection with the marketing and sale of personal organizer goods.  By this action, EC Design seeks damages and injunctive relief for Defendants' unlawful acts.

### THE PARTIES

2.       Plaintiff EC Design is a California limited liability company with a business address of 4860 West 147th Street, Hawthorne, California 90250.   EC Design is an industry leading designer and retailer of organizational products, stationery, school, office, home, and holiday goods, and sells its goods through its website at www.erincondren.com, Amazon, and at numerous Staples, Inc. ("Staples") physical retail locations.

3.       On information and belief, Defendant Michaels Stores, Inc. is a Delaware corporation with a business address of 8000 Bent Branch Drive, Irving, Texas 75063. On information and belief, Defendant Michaels sells craft, scrapbook, art supplies,

and stationery products in its 1,000+ physical retail stores, as well as through its website at www.michaels.com.

4.     On information and belief, Defendant Craft Smith LLC is a California limited liability company with a business address of 19312 Canyon Drive, Villa Park, California 92861.  On information and belief, Craft Smith is a designer and producer of crafts, stationery, and hobby goods, and designs and sells its products to Defendant Michaels.

## PERSONAL JURISDICTION AND VENUE

5.     This Court has personal jurisdiction over Michaels.  Michaels has systematic and continuous contacts within the State of California and in the Central District of California.  On information and belief, Michaels owns and operates over 120 retail stores in the State of California, many of which are located within the Central District of California.  Additionally, Michaels sells products to consumers within the Central District of California through its website, www.michaels.com.

6.     This Court has personal jurisdiction over Craft Smith.  On information and belief, Craft Smith is organized in the state of California, and its headquarters is located within the Central District of California.  Additionally, on information and belief, Craft Smith sells numerous craft and stationery goods within the Central District of California.

7.     Venue is proper under 28 U.S.C. § 1391(b).  The parties have business establishments, dealings, and/or headquarters in this district, and a substantial part of the events giving rise to the claims in this case occurred in this district, including an in-person meeting between EC Design and Craft Smith within the Central District of California, and numerous e-mail and telephone communications exchanged among all parties from and within the Central District of California on the subject of the copyrighted and infringing products at issue.  Additionally, this forum is convenient to all parties, as the parties have business headquarters and/or retail establishments and/or relevant witnesses and documents within the Central District of California.

## **FACTUAL BACKGROUND**

### **EC Design and the LifePlanner Organizer**

8.     In 2001, Erin Condren began creating announcements, invitations, and other scrapbook and stationery goods from her home.  In 2005, due to the popularity of her creative and distinctive goods, Erin Condren launched EC Design, LLC, hired her first employees, and expanded her range of products to reach more customers.  The same year, EC Design launched its first website, www.erincondren.com, extending its product line to consumers across the United States.

9.     The popularity of EC Design and its stationery, scrapbook, and craft products spread quickly.  In 2006, for example, merely one year after the launch of EC Design and the www.erincondren.com website, EC Design's goods were featured on the highly popular television program, "The Ellen Show," and, in 2007, the EC Design products were discussed on the hit television program, "Rachael Ray."  Acclaim for EC Design and its products continued to rise.  For example, in 2013, Erin Condren was a featured guest on NBC's "Today Show."  EC Design and its products have also been the subject of numerous, unsolicited articles and reviews in many national print magazines, including *Variety*, *Redbook*, *Star*, and *US Weekly*, as well as online articles and reviews from www.businessinsider.com, www.usatoday.com, and www.glamour.com.

10.     EC Design actively markets and promotes its products on its website, www.erincondren.com, and through numerous social media accounts.  EC Design's Facebook page, found at https://www.facebook.com/erincondrendesign, has been "liked" over 332,900 times.   EC Design's Instagram account, found at https://www.instagram.com/erincondren, is followed by more than 283,000 users.  EC Design's Twitter page, available at https://www.twitter.com/erincondren, is followed by more than 45,000 users.  Screenshots of these social media accounts are attached as **Exhibit A**.

11.    EC Design offers its industry leading products online through both its website www.erincondren.com, and on Amazon.  EC Design also partners with the international retail entity Staples, to offer its products across the country at Staples retail locations.  Screenshots evidencing these sales channels are attached as **Exhibit B**.

12.    Since approximately 2007, EC Design's leading product is its highly popular LifePlanner personal organizer (the "LifePlanner Organizer"). Conceived of and designed by Erin Condren, and launched in 2007, the LifePlanner Organizer incorporates yearly, monthly, and weekly calendars with unique layouts, distinctive graphics and designs, and arranged motivational text. These layouts and features are detailed in Paragraphs 15 - 17, *infra*.

13.    The LifePlanner Organizer has frequently been singled out by independent media sources as the trend-setting product in the burgeoning paper organizer culture.  Numerous enthusiasts and customers have written and/or recorded online reviews of EC Design's LifePlanner Organizer.  A sampling of these reviews is attached as **Exhibit C**.

14.    As a testament to this popularity and association, sales revenues for the LifePlanner Organizer reflect this popularity: Since 2009, EC Design has sold over 1,483,691 LifePlanner Organizers, with revenue from these sales totaling over sixty five million dollars.

15.    The LifePlanner Organizer is currently offered in a horizontal layout and vertical layout.  Each LifePlanner Organizer features four distinct components: an introductory section, tabbed monthly sections, weekly sections within each monthly section, and a notes section.  Each distinct component features its own distinctive layout and arrangement of colors and graphics.

16.    The 2016/2017 vertical layout LIFEPLANNER Organizer currently features, and/or is comprised of the following:

1                     <u>Introductory Component</u>

2 A decorative, front and back, laminate cover, featuring, on the interior sides, a pattern

3 in a scheme of colors that runs the perimeter of the page and measures approximately

4 one inch, thereby creating the impression of a frame, and within such frame a lighter

5 contrasting color with space available for notes:



15 A front page design comprised of the following: an introductory page with a phrase

16 emphasizing the owner -- "This is My Life", which sits directly above an area where

17 the user can write his or her name:



<u>Monthly Components</u>

A colorful introductory page in the color scheme of the accompanying month, featuring an inspirational and motivational quote that focuses on the start of a new chapter in the owner's life:



Colorful tabs used to indicate the month, each tab in colors corresponding to the colors used in the accompanying monthly component:



A color scheme which employs various shades of a particular color, which for the 2017 calendar year included the following:

| | | | |
|---|---|---|---|
| January |  | July |  |
| February |  | August |  |
| March |  | September |  |
| April |  | October |  |
| May |  | November |  |
| June |  | December |  |

A two-shade monthly design format, whereby one color is the primary color for the month, against which the secondary color is a shade of the dominant color:





A horizontal, colorful banner across the top of each page:

A lined, vertical "Goals and To-Dos" section at the far right of each page:



Weekly Component

Within each monthly component, each week is organized into a seven, "three block" daily design whereby each day is organized into three sections, and each block features a banner colored in the primary or accent color of the corresponding month:



It also includes a lined area, organized vertically at the left of the page and horizontally at the bottom of the page, with a pennant banner (with an indentation on the right side of the banner) in the primary or accent color directly over the lined area:



Notes Component

Following the final monthly and weekly component, the LifePlanner Organizer includes four pages of lined paper featuring a horizontal color pennant banner (with an indentation on the right side of the banner) across the top of each page:



Directly after, four pages of graph paper:



Directly after, four pages of blank paper featuring a horizontal color banner across the top of each page:



Directly after, pages containing stickers for use with the LifePlanner Organizer:





17.    The LifePlanner Organizer in horizontal layout includes the same features illustrated in Paragraph 16, but features the following weekly arrangements instead of the "three block" design illustrated, *supra*:

Rectangular daily sections organized vertically, featuring a lined section on the left, roughly five inches long and featuring seven lines, and a blank section on the right, roughly one and one half inches long, with a "double pennant" banner in primary and accent colors across the top of the pages; Monday thru Thursday comprise the left

page, while Friday thru Sunday and an additional section for notes comprise the right page:



18.   EC Design owns multiple United States copyright applications and registrations covering its LifePlanner personal organizer, including the following:

| Title of Work | U.S. Reg. No. / Case No. |
| --- | --- |
| LifePlanner Organizer 2007/2008 | Case No. 1-4296056322 |
| LifePlanner Organizer 2012/2013 | Case No. 1-4271594029 |
| LifePlanner Vertical Layout 2015/2016 | Case No. 1-4271594127 |
| LifePlanner Horizontal Layout 2015/2016 | Case No. 1-4271697331 |
| LifePlanner Vertical Layout 2016/2017 | Reg. No. VA 2-024-599 |
| LifePlanner Horizontal Layout 2016/2017 | Reg. No. VA 2-024-598 |

(Referred to herein as the "EC Design Copyrights").  Copies of certain certificates of registration are provided in **Exhibit D.**

19.   The features described and illustrated in Paragraphs 15 - 17, *supra*, as well as their combinations and the total image and overall look and feel these features impart upon the LifePlanner Organizers and in the minds of consumers, constitute a

distinctive trade dress associated with the LifePlanner Organizers.  EC Design's trade dress used in connection with its LifePlanner Organizers is referred to herein as the "LifePlanner Trade Dress."

20.    Substantially all of the elements of the LifePlanner Trade Dress have been used together in connection with the LifePlanner Organizer in interstate commerce since at least as early as 2012.  All elements of the LifePlanner Trade Dress have been used together in connection with the LifePlanner Organizer since at least as early as 2015.  As detailed in Paragraph 14, *supra*, since 2009, EC Design has sold over 1,483,691 LifePlanner Organizers, with revenue from these sales totaling over sixty five million dollars.    The LifePlanner Trade Dress for the LifePlanner Organizers is widely seen in numerous television programs, magazine articles, online reviews, YouTube® videos, and social media accounts, and through numerous online and physical locations, including the EC Design website at www.erincondren.com, as detailed in Paragraphs 9 – 11.  EC Design's rights in and to the LifePlanner Trade Dress predate any use by Defendants of such trade dress for personal organizers.

21.    In the year 2015 alone, EC Design realized in excess of $20 million in sales in the United States bearing the LifePlanner Trade Dress.

22.    Since October 1, 2013, EC Design's web pages that feature the LifePlanner Organizer with the applicable LifePlanner Trade Dress (including, but not limited to: www.erincondren.com/lifeplanner), have received over 40,900,000 unique visits.

23.    EC Design advertises its LifePlanner Organizers with the applicable LifePlanner Trade Dress at its website, social media accounts, and retail locations highlighted in Paragraphs 10 - 11, and its LifePlanner Organizers with the applicable LifePlanner Trade Dress have been the subject of segments on the numerous national television programs highlighted in Paragraph 9.

24.    In 2016 alone, EC Design has spent more than $600,000 in advertising of the LifePlanner Organizer with the applicable LifePlanner Trade Dress.

25.   EC Design sells its LifePlanner Organizers online at its website, www.erincondren.com, at Amazon, and through hundreds of Staples retail stores across the United States.

26.   EC Design's LifePlanner Organizers with the applicable LifePlanner Trade Dress have received unsolicited media attention in numerous television programs, online reviews and articles, and print magazines.   For instance, the LifePlanner Organizer was recently featured in the "Best Planners of 2017" online article from www.hollywoodreporter.com.   EC Design's LifePlanner Organizers under the LifePlanner Trade Dress have also been featured in online articles in www.glamour.com ("9 Stylish Planners . . ."), www.usatoday.com ("School's in: The 20 Things You Need . . ."), www.popsugar.com ("The Rise of Paper in the Digital Age"), and www.eonline.com ("Editors' Obsessions").   EC Design's LifePlanner Organizers with the applicable LifePlanner Trade Dress were also featured in magazine and/or editorial articles in "US Weekly" (July, 2016's article "What's In My Bag?"), "The Beach Reporter" (January 28, 2016 article "Making Life Planning 'Cuter'"), and "Variety" (October, 2016 section "The Power of the Bag").

27.   Since 2007, EC Design has appeared at and promoted its LifePlanner Organizers with the applicable LifePlanner Trade Dress at numerous trade and industry shows, including, but not limited to: 2011 Las Vegas Blogger Meetup, 2014 I AM THAT GIRL Retreat, 2015 Staples Framington Press Review, 2015 Midwest Regional Planner Addicts Meetup, 2015 Professional Women's Conference by University of Georgia, 2016 Create & Cultivate, 2016 New York Press Preview, 2016 Atlanta Planner Crawl, 2016 Texas Conference for Women, and the 2016 Variety Power of Women.

28.   EC Design's LifePlanner Organizers with the applicable LifePlanner Trade Dress has been featured in numerous "must have" industry, magazine, and Internet news lists, including, but not limited to the following: "The 21 Prettiest Calendars and Day Planners for 2017" by www.today.com, "The Best Planners . . ."

by www.hollywoodreporter.com, "13 Ideas To Take Your Anyone's Work Space To The Next Level" by the *International Business Times*, "The 20 Things You Need To Improve The Struggle That Is Your Back-to-School Life" by *USA Today*, and "9 Stylish Planners" by *Glamour*.

29.     EC Design's LifePlanner Trade Dress is inherently distinctive. Additionally, as a direct result of the time and effort EC Design has spent creating, advertising, and promoting LifePlanner Organizers sold under the EC Design LifePlanner Trade Dress, EC Design's customers, its competitors, and the relevant consuming public have come to associate the high quality of LifePlanner Organizers offered under the LifePlanner Trade Dress with EC Design.   Therefore, the LifePlanner Trade Dress has acquired additional, secondary meaning.  As such, EC Design has built up substantial value and goodwill in the LifePlanner Trade Dress.

30.     As illustrated herein, there is widespread consumer recognition of the LifePlanner Organizer, indicated in, but not limited to, independent third party media attention, highly popular social media accounts, and extensive online commentary regarding the LifePlanner Organizer product features, such that the LifePlanner Trade Dress designates the source of the LifePlanner Organizers as that of EC Design.

31.     The LifePlanner Trade Dress is non-functional.   The choice and arrangement of the elements of the LifePlanner Organizers illustrated in Paragraphs 15 - 17 are meant for branding and identity purposes and are not set forth in a manner designed to achieve utility.  Moreover, the distinctive elements contained, and the manner in which they are arranged, in EC Design's LifePlanner Organizers, which have been copied by Defendants as set forth herein, are artistic and creative flourishes and design choices rather than functional elements designed to be essential or useful for the utilitarian purposes of those products, nor do they affect the manufacturing cost or quality of said products.

**Defendants' Blatantly Infringing Conduct**

32.    In February, 2015, EC Design and Defendant Craft Smith began discussing partnership opportunities involving the LifePlanner Organizer.   On February 17, 2015, EC Design and Craft Smith met at EC Design's facilities in Hawthorne, California.   On March 16, 2015 Craft Smith provided EC Design with quotes and information regarding potential production in China of EC Design's goods, including the LifePlanner Organizer.

33.    One year later, on March 24, 2016, EC Design received an e-mail from Darice, Inc ("Darice").   On information and belief, Darice is a wholly-owned subsidiary of Michaels.   In this e-mail and subsequent correspondence, Darice indicated that there was interest in partnering with EC Design and Michaels for the sale of EC Design goods in Michaels retail stores and other channels.

34.    On May 5, 2016, and after numerous e-mail and telephone exchanges between EC Design, Darice, and Michaels, EC Design met with Darice and Michaels in Austin, TX to discuss the retail sale of EC Design goods, including LifePlanner Organizers, in Michaels stores.   Around the time of this communication, Darice presented EC Design with the results of a consumer survey - titled the "Craft Smith Planner Survey" - regarding purchases of planners by consumers, indicating the marketplace popularity and recognition of the LifePlanner Organizer as the industry's leading personal organizer product.   According to Defendants' survey, the survey respondents indicated a strong preference for the LifePlanner Organizer over any competitor organizer.   *See* **Exhibit E**.

35.    On July 13, 2016, after communications between the parties, Erin Condren, the Founder and President of EC Design, had a business dinner with high level representatives of Darice and Michaels.

36.    The following day, Erin Condren joined high level officers and employees of Michaels for an in-person meeting to discuss business opportunities involving Michaels retail stores and EC Design products, specifically, a proposed "Erin by Erin Condren" EC Design brand for sale in Michaels stores which included

LifePlanner Organizers.  A focal point of the meeting was the "Erin by Erin Condren" retail display mockup created by Michaels and Darice.

37.    This retail mockup comprised a retail store shelf stocked exclusively with samples of potential Erin Condren products, all of which bore a strong, almost identical likeness to EC Design's existing goods, including numerous personal organizer products nearly identical to EC Design's LifePlanner Organizers and accessories.  Indeed, this mockup was designed to illustrate how EC Design's LifePlanner Organizers and other goods would be marketed within Michaels' numerous retail stores.  Screenshots of this retail mockup are presented as **Exhibit F**.

38.    Following this meeting, EC Design and Michaels exchanged e-mails and telephone calls regarding specific licensing fees, production details, and projected revenue.  In these exchanges, a Vice President at Michaels stated, "We'd love to have the Erin Condren brand as part of the Michaels family!"

39.    However, the Parties disagreed on royalty rates and licensing fees. Darice stated via e-mail to EC Design that "the royalty rate at a minimum of 20% would not be feasible," because, "[t]he numbers would not financially work."  Even after this exchange, Michaels pressed EC Design for business, asking EC Design via e-mail, "I was not sure where your team landed [on licensing and royalty fees with Darice], is there an opportunity to move forward either as a customer of Erin Condren or working together on a licensed program?"

40.    EC Design returned its enthusiasm for a partnership between the Parties, but acknowledged that the proposed licensing and royalty rates were unsatisfactory.

41.    On information and belief, during the exchanges between the parties as alleged above, Defendants may have been in the process of finishing the manufacturing of their own line of planners that would compete with EC Design. Ultimately, in or around October 2016, Defendants cooperated to launch "Recollections Spiral Planner" personal organizers (the "Infringing Organizers") for

nationwide sale in Michaels' retail stores, as well as through Michaels' website at www.michaels.com.

42.    After EC Design's discovery of Defendants' release of the Infringing Organizers, Erin Condren of EC Design had a personal phone call with a high level employee of Michaels regarding the design and release of the Infringing Organizers for sale at Michaels' retail stores and online at www.michaels.com.

43.    The Infringing Organizers are at least substantially and confusingly similar to, and contain numerous graphic, textual, and color elements, as well as an overall look and feel that have been directly and blatantly copied from, EC Design's LifePlanner Organizers, including the 2016/2017 LifePlanner Organizers in both vertical and horizontal layout.   The following chart illustrates instances of this infringement:

| Element | EC Design LifePlanner Organizer | Defendants' Infringing Organizers |
|---|---|---|
| Decorative Plastic Laminate Cover featuring one inch border design, and Introductory Page Featuring "LIFE" |  |  |
| Introductory Quotes |  |  |
| Monthly Banner |  |  |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | "Three-Block" Daily Pattern in Vertical Layout with two color shades used, with Monday through Wednesday on left page, and Thursday through Sunday on right page, and text boxes arranged to left of daily blocks |   |
| 12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | Horizontal Daily Scheme in Horizontal Layout, with two color shades used, with a "double pennant" banner across the top of the page, and with text boxes, measuring roughly one and one half inches in length, to the right of the daily entry blocks, measuring roughly five inches in length; Monday through Thursday on the left page, and Friday, Saturday, Sunday, and Notes Section on the right page. |  |

In addition, the Infringing Organizers copy – month by month – certain of the monthly color patterns used in the 2016/2017 LIFEPLANNER Organizer. As indicated in **Exhibit F**, Defendants considered EC Design's color scheme used in connection with the LIFEPLANNER Organizer at length. A comparison of the colors used in the LIFEPLANNER Organizer and Infringing Organizers is provided at **Exhibit G**.

44. EC Design did not endorse, permit, or otherwise authorize Defendants to create, use, or sell the Infringing Organizers.

## FIRST CLAIM

### (Copyright Infringement)

45. Each allegation contained in the preceding paragraphs above is incorporated by reference as though fully set forth herein.

46. Through their conduct described, *supra*, Defendants have infringed EC Design's Copyrights in violation of 17 U.S.C. §§ 106 and 501, specifically including EC Design's rights to do the following: reproduce the copyrighted work, prepare derivative works based upon the copyrighted works, and distribute copies of the copyrighted work to the public by sale.

47. Defendants had access to EC Design's copyrighted LifePlanner Organizers, as evidenced by, but not limited to, Defendants' affirmatively reaching out to EC Design and complimenting it on its LifePlanner Organizers, by Defendants' commissioning a study on the popularity and secondary meaning of the LifePlanner Organizer, by Defendants' mock-up and sample "Erin by Erin Condren" products created during business negotiations between the parties, by Defendants' "color palette" based on colors confusingly similar and/or identical to those employed by EC Design in its copyrighted LifePlanner Organizers, and by Defendants' sourcing information and communications regarding specific aspects of EC Design products, including the LifePlanner Organizers.

48.     Defendants' acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to EC Design's rights.   Indeed, in light of numerous and extensive business meetings between all parties, EC Design was surprised when it discovered that Defendants had released the Infringing Organizers.

49.     As a direct and proximate result of said infringement by Defendants, EC Design is entitled to damages in an amount to be proven at trial.

50.     EC Design is also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of such profits.

51.     As a direct and proximate result of the foregoing acts and conduct, EC Design has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.   EC Design is informed and believes that unless enjoined and restrained by this Court, Defendants will continue to infringe EC Design's rights.   EC Design is entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## SECOND CLAIM

### (Trade Dress Infringement)

52.     Each allegation contained in the preceding paragraphs above is incorporated by reference as though fully set forth herein.

53.     EC Design is the owner of the unique, valid, and legally protectable LifePlanner Trade Dress in its LifePlanner Organizer, composed of and including, but not limited to, the elements illustrated in Paragraphs 16 and 17.

54.     The LifePlanner Trade Dress is nonfunctional.

55.     The LifePlanner Trade Dress is inherently distinctive.

56.     As evidenced in Paragraphs 24 - 30, EC Design has invested significant effort and funds in marketing and promoting its LifePlanner Organizers sold under the LifePlanner Trade Dress, and has achieved great recognition in the marketplace and media for its LifePlanner Organizers sold under the LifePlanner Trade Dress.   As a

result of the substantial marketing and promotion for, and the significant sales of the LifePlanner Organizers, consumers associate the iconic LifePlanner Trade Dress with a single producer or source.  The LifePlanner Trade Dress has also acquired secondary meaning in the marketplace.

57.     Defendants have used and copied key distinctive features of the LifePlanner Trade without EC Design's consent.  The Infringing Organizer is comprised of and features trade dress confusingly similar to the LifePlanner Trade Dress associated with the LifePlanner Organizer.  Defendants' promotion, distribution, offering for sale, and sale of its Infringing Organizers in connection with the infringing trade dress is therefore likely to cause confusion, to cause mistake, and/or to deceive as to affiliation, connection, or association between EC Design and Defendants, and/or their respect goods, and is likely to cause members of the public to believe, incorrectly, that Defendants' Infringing Organizers are provided by, or under the sponsorship or approval of, EC Design, whereas, in fact, EC Design does not approve of Defendants' appropriation of the LifePlanner Trade Dress for Defendants' Infringing Organizer.  In fact, certain users and industry reviewers have already expressed Defendants' duplication of the LifePlanner Trade for use with the Infringing Organizer.

58.     By copying the LifePlanner Trade Dress, Defendants are misrepresenting and falsely describing to the general public the origin and source of its products sold under Defendants' appropriation and copying of the EC Design Trade Dress, and creating a likelihood of confusion by purchasers as to the source and sponsorship of such products, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

59.     On information and belief, in studying, developing, distributing, and offering for sale the Infringing Organizers, Defendants knowingly intended to trade off EC Design's goodwill in EC Design, its LifePlanner Organizers, and its LifePlanner Trade Dress.  The consumer survey designed and used by Defendants clearly indicated that the majority of personal organizer customers both owned an EC

Design LifePlanner Organizer, and desired an additional EC Design LifePlanner Organizer over all other personal organizers.   Defendant's consumer survey, combined with Defendant's access to, and copying of, the LifePlanner Organizers, detailed *supra*, indicates that Defendants knowingly intended to trade off EC Design's goodwill in EC Design, the LifePlanner Organizers, and the LifePlanner Trade Dress.

60.   Defendants' continuing infringement has caused, and unless enjoined by this Court, is likely to continue to cause EC Design to suffer irreparable harm.

61.   As a direct and proximate result of the foregoing acts of Defendants, EC Design has suffered and will continue to suffer monetary damages in an amount that is not presently ascertainable but will be established at trial.

62.   By reason of the foregoing infringement, EC Design is entitled, under 15 U.S.C. § 1117(a), to recover Defendants' profits, EC Design's damages, up to and including three times the sum of actual damages found, the costs of this action, and attorney's fees, as this is an exceptional case due to Defendants' conscious and willful disregard of EC Design's trade dress rights.

## THIRD CLAIM

### (California State Unfair Competition)

63.   Each allegation contained in the preceding paragraphs above is incorporated by reference as though fully set forth herein.

64.   Section 17200 of the California Business & Professions Code ("Unfair Competition Law") prohibits any "unlawful," "unfair" and fraudulent" business practice.

65.   Defendants have violated the Unfair Competition Law's prohibition against unfair business practices by unfairly appropriating, copying, and using EC Design's Trade Dress and Copyrights without permission, sponsorship, or authorization by EC Design.

66.     Defendants' conduct caused and continues to cause substantial injury to EC Design.  EC Design has suffered injury in fact and lost profits and business opportunities as a result of Defendants' unfair conduct.

67.     By reason of the foregoing infringement, EC Design is entitled to restitution from Defendants in an amount according to proof, as authorized by California Business and Professions Code § 17203, for violations of California Business and Professions Code § 17200 *et seq.*

## FOURTH CLAIM

### (Common Law Unfair Competition and Misappropriation)

68.     Each allegation contained in the preceding paragraphs above is incorporated by reference as though fully set forth herein.

69.     EC Design owns and enjoys protectable rights in the LifePlanner Organizer, including the LifePlanner Trade Dress, in California and throughout the United States.

70.     Through substantial investment, time, and labor, EC Design introduced to the organizer and stationery industry, as well as consumers in California and throughout the United States, unique, recognizable branding and trade dress elements in its LifePlanner Organizers, including distinctive styling, creative color combinations, unique layouts, and arranged motivational texts.

71.     Defendants, competitors of EC Design, have willfully, unfairly, and in bad faith, misappropriated the skill, expenditure, and labors of EC Design by engaging in the wholesale exploitation of EC Design's LifePlanner Organizers, Trade Dress, and branding for Defendants' commercial benefit.

72.     Defendants' unlawful acts in appropriating EC Design's protectable rights in the LifePlanner Organizer were intended to capitalize on EC Design's goodwill associated therewith for Defendants' own pecuniary gain.

73.     As a result of EC Design's efforts, Defendants are now unjustly enriched and are benefiting from property rights that rightfully belong to EC Design.

74.     Such willful use and exploitation of EC Design's labors, proprietary designs, and creative expression has enabled Defendants to unfairly compete with EC Design.

75.     Defendants' acts are willful, deliberate, and intended to confuse the public and to injure EC Design.

76.     Defendants' acts constitute unfair competition under California common law.

77.     As a direct and proximate result of Defendants' bad faith misappropriation of EC Design's LifePlanner Organizers, LifePlanner Trade Dress, and branding, EC Design has suffered damages in the form of lost sales and business opportunities.   EC Design is also suffering harm to its business reputation and goodwill due to the confusion caused by Defendants' exploitation of EC Design's substantial investment, time, and labor.   Defendants have also received an unfair commercial advantage and financial benefit as a result of their misconduct.

78.     Defendants' acts have damaged and will continue to damage EC Design, and EC Design has no adequate remedy at law.

79.     In light of the foregoing, EC Design is entitled to injunctive relief prohibiting Defendants from using the LifePlanner Trade Dress, and to recover all damages, including attorney's fees, that EC Design has sustained and will sustain, and all gains, profits, and advantages obtained by Defendants as a result of their infringing acts alleged above in an amount not yet known, as well as the costs of this action.

## PRAYERS FOR RELIEF

WHEREFORE, EC DESIGN respectfully requests that judgement be entered in its favor and against all Defendants and that the Court grants the following relief:

1.     For judgement that EC Design's trade dress has been infringed and copyrighted works have been infringed by Defendants, and that Defendants engaged in unfair competition;

2.     Pursuant to 15 U.S.C. § 1116, preliminary and permanent injunctive relief against Defendants and those persons or companies in active concert or participation with Defendants, including their officers, agents, servants, employees, attorneys, and representatives from making, using, selling, offering to sell, importing into these United States, displaying, advertising any product or service bearing or utilizing in any way the EC Design Trade Dress, including but not limited to (i) using any of the EC Design Trade Dress in connection with Defendants' businesses, promotional offers, advertising, marketing, or on Defendants' products; (ii) using any trade dress or design that tends to falsely represent or is likely to confuse, mislead, or deceive consumers, purchasers, Defendants' customers, prospective customers, or any member of the public that Defendants' promotions, advertisements, products, or services originate from EC Design or have been sponsored, approved, or licensed by, or are otherwise associated with EC Design or are in any way connected or affiliated with EC Design; and (iii) selling or distributing any of the Infringing Organizers;

3.     Pursuant to 17 U.S.C. § 502, preliminary and permanent injunctive relief against Defendants and those persons or companies in active concert or participation with Defendants, including their officers, agents, servants, employees, attorneys, and representatives from reproducing, making derivative works of, distributing, or displaying the materials protected by EC Design or any substantially similar materials including the Defendants' Infringing Organizers;

4.     Pursuant to 15 U.S.C. § 1118, ordering that all of Defendants' labels, signs, marketing materials, promotional materials, advertisements and products developed using EC Design's LifePlanner Trade Dress, or confusingly similar to EC Design's LifePlanner Trade Dress, or any other trade dress or material that infringes EC Design's LifePlanner Trade Dress, be delivered up and destroyed;

5.     Pursuant to 15 U.S.C. § 1116, ordering that Defendants file with this Court and serve upon EC Design within thirty (30) days after issuance of any

injunction, a report in writing under oath setting forth in  detail the manner and form in which Defendants have complied with the injunction;

6.   Pursuant to 17 U.S.C. § 504(b), ordering Defendants to account to EC Design for any and all profits derived by  Defendants from the use of EC Design's Copyright, and for all  damages sustained by EC Design by reason of Defendants' wrongful conduct  complained of herein;

7.   Defendants be ordered, jointly and severally, to pay to EC Design actual damages, plus the amount of Defendants' profits attributable to the infringement, 17 U.S.C. § 504(b), or in the alternative, to pay to EC Design statutory damages, as authorized by 17 U.S.C. § 504(c);

8.   Defendants be ordered, jointly and severally, to pay to EC Design restitution in an amount according to proof, as authorized by California Business and Professions Code § 17203, for violations of California Business and Professions Code § 17200 *et seq*.;

9.   Defendants be ordered, jointly and severally, pursuant to 15 U.S.C. 1117(a), to pay to EC Design all damages and all of their profits derived from Defendants' wrongful conduct complained of herein, all damages sustained by reason of Defendants' wrongful conduct complained of herein, up to and including three times the sum of actual damages, and pre-judgement and post-judgement interest on all amounts owed;

10.   Defendants be ordered, jointly and severally, pursuant to 15 U.S.C. 1117(a), to pay EC Design's costs and reasonable attorney's fees incurred in connection with this action;

11.   EC Design be awarded such further relief as this Court deems just and proper.

1                             Respectfully submitted,

2

3   Dated: January 6, 2017       By:   /s/ Britt L. Anderson

4                             Britt L. Anderson

5                             *britt.anderson@klgates.com*

6                             Clayton R. LaPoint

7                             *clay.lapoint@klgates.com*

8                             630 Hansen Way

9                             Palo Alto, CA 94304

10                            T: (650) 798-6700

11                            F: (650) 798-6701

12

13                            Seth A. Gold

14                            *seth.gold@klgates.com*

Respectfully submitted,

Dated: January 6, 2017       By:   /s/ Britt L. Anderson
Britt L. Anderson
*britt.anderson@klgates.com*
Clayton R. LaPoint
*clay.lapoint@klgates.com*
630 Hansen Way
Palo Alto, CA 94304
T: (650) 798-6700
F: (650) 798-6701

Seth A. Gold
*seth.gold@klgates.com*
K&L Gates LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067

*Attorneys for Plaintiff*
EC Design, LLC

**COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiff EC Design, LLC hereby demands a jury trial for all issues triable by a jury.


Dated: January 6, 2017                    By:    /s/ Britt L. Anderson

Britt L. Anderson
britt.anderson@klgates.com
Clayton R. LaPoint
clay.lapoint@klgates.com
630 Hansen Way
Palo Alto, CA 94304
T: (650) 798-6700
F: (650) 798-6701

Seth A. Gold
seth.gold@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067


*Attorneys for Plaintiff*
EC Design, LLC

**COMPLAINT**

## EXHIBIT A



https://www.instagram.com/erincondren/

(last visited December 16, 2016)

**COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15      https://twitter.com/ErinCondren

16      (last visited December 16, 2016)

17
18
19
20
21
22
23
24
25
26
27
28



https://www.facebook.com/erincondrendesign/?ref=page_internal

(last visited December 15, 2016)

**COMPLAINT**

**EXHIBIT B**



https://www.erincondren.com/

(last visited December 17, 2016)

**COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





https://www.amazon.com/b?node=14658284011

(last visited December 17, 2016)



http://www.staples.com/sbd/cre/products/erin-condren/

(last visited December 17, 2016)

# **EXHIBIT C**



http://www.prettyneatliving.com/erin-condren-2016-17-life-planners/

(last visited December 15, 2016)

**COMPLAINT**

http://www.runningwithspoons.com/2016/08/24/2017-erin-condren-life-planner-review-giveaway/

(last visited December 16, 2016)

1

2

3

4

5

6

7

8

9

10

11

12

13



14

https://www.youtube.com/watch?v=o2y7KkKYqkQ

15

(last visited December 17, 2016)

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT D

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-024-598

**Effective Date of Registration:**
December 12, 2016

### Title _____

**Title of Work:**   LifePlanner Horizontal Layout 2016/2017

### Completion/Publication _____

**Year of Completion:**   2016
**Date of 1st Publication:**   June 01, 2016
**Nation of 1st Publication:**   United States

### Author _____

- **Author:**   EC Design LLC
**Author Created:**   2-D artwork, Text
**Work made for hire:**   Yes
**Citizen of:**   United States
**Domiciled in:**   United States
**Anonymous:**   Yes

### Copyright Claimant _____

**Copyright Claimant:**   EC Design LLC
4860 West 147th St., Hawthorne, CA, 90250, United States

### Limitation of copyright claim _____

**Material excluded from this claim:**   2-D artwork, Text [functional elements; calendar elements; title page text]

**New material included in claim:**   2-D artwork, Text[cover/title page artwork; additional text & artwork throughout calendar]

### Rights and Permissions _____

**Organization Name:**   K&L Gates LLP
**Name:**   Britt Anderson
**Email:**   britt.anderson@klgates.com
**Telephone:**   (650)798-6700
**Address:**   630 Hansen Way
Palo Alto, CA 94304 United States

Page 1 of 2

**40**
**COMPLAINT**

1
2
3
## Certification
4
              **Name:**   Britt L. Anderson
              **Date:**   December 08, 2016
5
**Applicant's Tracking Number:**   1006692.00005
6
       **Correspondence:**   Yes
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                       Page 2 of 2
26
27
28

**41**
**COMPLAINT**

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Leigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-024-599**

**Effective Date of Registration:**
December 12, 2016

### Title

**Title of Work:**   LifePlanner Vertical Layout 2016/2017

### Completion/Publication

**Year of Completion:**   2016
**Date of 1st Publication:**   June 01, 2016
**Nation of 1st Publication:**   United States

### Author

- **Author:**   EC Design LLC
  **Author Created:**   2-D artwork, Text
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States
  **Anonymous:**   Yes

### Copyright Claimant

**Copyright Claimant:**   EC Design LLC
4860 West 147th St., Hawthorne, CA, 90250, United States

### Limitation of copyright claim

**Material excluded from this claim:**   2-D artwork, Text [functional elements, calendar elements, text on title page]

**New material included in claim:**   2-D artwork, Text [cover & title page artwork, text & artwork throughout calendar]

### Rights and Permissions

**Organization Name:**   K&L Gates LLP
**Name:**   Britt Anderson
**Email:**   britt.anderson@klgates.com
**Telephone:**   (650)798-6700
**Address:**   630 Hansen Way
Palo Alto, CA 94304 United States

Page 1 of 2

---

**42**
**COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Certification

| | |
|---|---|
| **Name:** | Britt L. Anderson |
| **Date:** | December 08, 2016 |
| **Applicant's Tracking Number:** | 1006692.00005 |

**Correspondence:**   Yes

Page 2 of 2

1

**EXHIBIT E**








## A WINNING COMBINATION

**DARICE**
Best in class marketing, product development, creative operational, and global capabilities.

**MICHAELS**
Unmatched consumer reach, over 1200 doors brick & mortar, and revenue growth.

**ERIN CONDREN**
Iconic brand loyalty, innovative function and design, unparralled brand relevancy.

=

MARKET DOMINATION!

TOGETHER WE WILL **MAKE** SOMETHING AWESOME!

# CRAFT SMITH PLANNER SURVEY

## What brand of planner do you currently have?

Responses out of over 400 free form answers. Respondents could list more than one answer.

**1** Erin Condren (101 responses)

**2** Happy Planner / MAMBI (46 responses)

**3** kikki.K (29 responses)

**4** Filofax (28 responses)

**5** Webster's / Color Crush (20 responses)

**6** Plum Paper (19 responses)

**7** Traveler's Notebooks / Travel Planners (17 responses)

**8** Inkwell Press (15 responses)

**9** Kate Spade (11 responses)

**10** Carpe Diem (14 responses)



by erin condren

*180 total respondents.

All trademarks and concepts are trademarked, copywritten and/or pending patents. All images are for reference only and are not to be copied or reproduced. Confidentially provided by Darice, Inc. Copyright © 2016

*Darice*

# CRAFT SMITH PLANNER SURVEY

## Which brand of planner do you want next?

Responses out of over 180 free form answers. Respondents could list more than one answer.

1. Erin Condren (51 responses)
2. Unsure, Undecided, or Indifferent (34 responses)
3. kikki.K planner (15 responses)
4. Happy Planner / MAMBI (15 responses)
5. Inkwell Press (12 responses)
6. Filofax (11 responses)
7. Color Crush (8 responses)
8. Plum Paper (8 responses)

*180 total respondents.

**COMPLAINT**

## EXHIBIT F



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



17
18
19
20
21
22
23
24
25
26
27
28



**COMPLAINT**

## EXHIBIT G

| Element | EC Design LifePlanner Organizer | Defendants' Infringing Organizers |
|---|---|---|
| Monthly Banner Horizontal Layout- January 2017 |  |  |
| Monthly Banner Horizontal Layout- February 2017 |  |  |
| Monthly Banner Horizontal Layout- March 2017 |  |  |

COMPLAINT