**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 17-0025-DOC (JCG)                                    Date: July 6, 2017

Title: EC DESIGN, LLC V. MICHAELS STORES, INC. ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On February 16, 2017, the Court stayed this case pending the United States District Court for the District of Utah's decision on Plaintiff EC Design's Motion to Dismiss, or, in the Alternative, to Transfer the Action. *See* Order, Feb. 16, 2017 (Dkt. 18) at 5. The Order required Plaintiff to provide notice of the ruling within three days of its issuance—and Plaintiff did so. *See* Notice of Decision (Dkt. 19).

The Order also gave Defendants fourteen days from the date of the Utah court's ruling to answer or otherwise respond to the Complaint in this case. Order, Feb. 16, 2017 at 5. Defendants have not answered or otherwise responded to the Complaint.

The Court ORDERS Defendants to show cause why they have failed to comply with the Court's February 16, 2017 order. Defendants may discharge this order by filing a status report detailing their participation in this case and notifying the Court of whether or not they intend to answer the Complaint. Defendants shall file such status report **on or before July 14, 2017**.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                 Initials of Deputy Clerk: djg
CIVIL-GEN